Anthony Diosdi, Esquire (CA State Bar # 339070)
Diosdi & Liu, LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Phone: (415) 318-3990 Ext. 102
Fax: (415) 335-7922
adiosdi@sftaxcounsel.com
*Attorney for Plaintiff*
*(Out-of-State / Lead Counsel to be*
*Admitted Pro Hac Vice – will*
*comply with LR IA 11-2 within 14 days)*

David A. Riggi, Esquire (NV State Bar # 4727)
Riggi Law Firm
7900 West Sahara Avenue, Suite 100
Las Vegas, NV 89117
Phone: (702) 463-7777
Fax: (888) 306-7157
RiggiLaw@gmail.com
*Attorney for Plaintiff*
*(Local Counsel)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN MANN,<br><br>                    Plaintiff,<br><br>        v.<br><br>INTERNAL REVENUE SERVICE;<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendants. | Case No.<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1.** |

-1-

Plaintiff, STEVEN MANN, by and through his counsel, Anthony Diosdi (Out-of-State / Lead Counsel to be Admitted Pro Hac Vice) and David A. Riggi (Local Counsel), pursuant to Local Rule 7.1-1(b), sets forth that there are no known interested parties other than those participating in the case.

Date: June 23, 2026

Respectfully submitted,

/s/ Anthony Diosdi
Anthony Diosdi, Esquire (CA State Bar # 339070)
Diosdi & Liu, LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Phone: (415) 318-3990 Ext. 102
Fax: (415) 335-7922
adiosdi@sftaxcounsel.com
*Attorney for Plaintiff*
*(Out-of-State / Lead Counsel to be Admitted Pro Hac*
*Vice - will comply with LR IA 11-2 within 14 days)*

/s/ David A. Riggi
David A. Riggi, Esquire (State Bar # 4727)
Riggi Law Firm
7900 West Sahara Avenue, Suite 100
Las Vegas, NV 89117
Phone: (702) 463-7777
Fax: (888) 306-7157
RiggiLaw@gmail.com
*Attorney for Plaintiff*
*(Local Counsel)*

## CERTIFICATE OF SERVICE

The Certificate of Interested Parties Pursuant to Local Rule 7.1-1 will be delivered to all parties pursuant to the Court's CM/ECF system on the date of filing.

Date: June 23, 2026

Respectfully submitted,

/s/ Anthony Diosdi
Anthony Diosdi, Esquire (CA State Bar # 339070)
Diosdi & Liu, LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Phone: (415) 318-3990 Ext. 102
Fax: (415) 335-7922
adiosdi@sftaxcounsel.com
*Attorney for Plaintiff*
*(Out-of-State / Lead Counsel to be Admitted Pro Hac Vice - will comply with LR IA 11-2 within 14 days)*

/s/ David A. Riggi
David A. Riggi, Esquire (State Bar # 4727)
Riggi Law Firm
7900 West Sahara Avenue, Suite 100
Las Vegas, NV 89117
Phone: (702) 463-7777
Fax: (888) 306-7157
RiggiLaw@gmail.com
*Attorney for Plaintiff*
*(Local Counsel)*

-3-