**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STEVEN MANN

        Plaintiff(s),

vs.

INTERNAL REVENUE SERVICE;
UNITED STATES OF AMERICA,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:26-CV-01882-APG-BNW

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Anthony Diosdi_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Diosdi & Liu, LLP_____
(firm name)

with offices at _____505 Montgomery Street, 11th Floor_____,
(street address)

_____San Francisco_____, _____California_____, _____94111_____,
(city)                                    (state)                              (zip code)

_____(415) 318-3990_____, _____adiosdi@sftaxcounsel.com_____.
(area code + telephone number)          (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____STEVEN MANN_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____November 16, 2021_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Tax Court | January 7, 2002 | DA0310 |
| U.S. Court of Appeals, Federal Circuit | March 31, 2011 | none |
| U.S. Court of Appeals, Ninth Circuit | April 19, 2007 | none |
| U.S. Court of Federal Claims | May 23, 2007 | none |
| U.S. District Court, Northern District of California | December 14, 2023 | 339070 |
| U.S. District Court, Central District of California | May 25, 2023 | 339070 |
| U.S. District Court, Southern District of Florida | December 20, 2021 | 490121 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

NONE

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

NONE

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

Petitioner is a member of good standing of both the Florida Bar and State Bar of California. Petitioner is not a member of any other Bar Associations besides Florida and California.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                     )
COUNTY OF _SAN FRANCISCO_ )

_____Anthony Diosdi_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

**See Attached**
~~Acknowledgement/Jurat~~

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____David A. Riggi_____,
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____7900 West Sahara Avenue, Suite 100_____,
                    (street address)

____Las Vegas____, ____Nevada____, __89117__,
       (city)              (state)       (zip code)

____(702) 463-7777____, ____RiggiLaw@gmail.com____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

**GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

| _____ | _____ |
| *Signature of Document Signer No. 1* | *Signature of Document Signer No. 2 (if any)* |

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Francisco_

Subscribed and sworn to (or affirmed) before me

on this _6th_ day of _July_ , 20_26_,
        *Date*        *Month*      *Year*

by

(1)_Anthony Diosdi_

(and (2)_____ ),
                 *Name(s) of Signer(s)*

**APRIL M. JOHNSON**
Notary Public - California
San Francisco County
Commission # 2535556
My Comm. Expires Nov 13, 2029

*Place Notary Seal Above*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
              *Signature of Notary Public*

———————— OPTIONAL ————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Verified Petition_   Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2016 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5910

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____David A. Riggi_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

STEVEN MANN
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*David Riggi*
_____
Designated Resident Nevada Counsel's signature

4727                                    RiggiLaw@gmail.com
_____
Bar number                              Email address

APPROVED:

Dated: this __8th__ day of __July_____, 20_26_.

_____
UNITED STATES DISTRICT JUDGE

5                                       Rev. 5/16